**Order entered January 28, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00781-CR

## EX PARTE ERIC DEAN KING

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-03461-2020**

## ORDER

Before the Court is the State's January 21, 2021 motion for extension of time to file its brief. The State has tendered its brief with the motion. We **GRANT** the State's motion and **ORDER** the State's brief filed as of the date of this order.

The trial court's certification of the right to appeal has not been filed in this case. We **ORDER** the trial court to file the certification of the right to appeal by **February 8, 2021**.

We **DIRECT** the Clerk of the Court to transmit a copy of this order to the

Honorable Tomasz Nowak, Presiding Judge, 366th Judicial District Court.


/s/    ERIN A. NOWELL
JUSTICE